UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| GUANGDONG HONGTEO TECHNOLOGY CO., LTD.,<br>    *Plaintiff,*<br>  v.<br>UNITED STATES,<br>    *Defendant.* | Court No. 20-cv-03776 |

## PLAINTIFF'S COUNSEL'S STATUS REPORT

  Pursuant to the Court's July 11, 2022, Order ECF No. 22, Rock Trade Law LLC, through its undersigned legal counsel, respectfully submits this status report to notify the Court that despite Rock Trade Law LLC's best efforts, Plaintiff (Guangdong Hongteo Technology Co., Ltd.) has become uncooperative and has not responded to Rock Trade Law LLC by any means of communication since May 29, 2022.

  Rock Trade Law LLC has been actively litigating case number 20-cv-03776 in the United States Court of International Trade (CIT) on behalf of Plaintiff and has continued to apprise Plaintiff of activity in the case. However, Rock Trade Law LLC has not received any response, correspondence, or other communication from Plaintiff since May 29, 2022. Additionally, Rock Trade Law LLC's numerous efforts to contact Plaintiff over the last few months have been futile. This has significantly jeopardized the litigation as Rock Trade Law LLC cannot represent Plaintiff without its cooperation. Likewise, Rock Trade Law LLC has not received any inquiry or other contact from any attorneys regarding actually or potentially replacing Rock Trade Law LLC as legal counsel for the Plaintiff in this case in spite of the fact that Rock Trade Law LLC has advised Plaintiff of the importance of retaining new legal counsel in order to continue

prosecution of this case, including transmission to the Plaintiff of the Court's Order of July 11, 2022, (ECF No. 22).

The latest attempt on behalf of Rock Trade Law LLC to contact Plaintiff occurred on July 19, 2022, when Rock Trade Law LLC sent a letter to Plaintiff's physical address in China via DHL notifying Plaintiff about the potential case dismissal and requesting further guidance from Plaintiff. *See* **Exhibit A** – Letter to Plaintiff indicating waybill number 1418594321. On July 25, 2022, DHL confirmed that the letter was received by Plaintiff and signed for by the primary point of contact – Ms. Lee Li. *See* **Exhibit B** – delivery and signature confirmation indicating waybill number 1418594321. Despite having accepted delivery of the letter, Plaintiff has not responded and/or otherwise communicated its intentions as to case number 20-cv-03776 to Rock Trade Law LLC.

In light of this, Rock Trade Law LLC is prepared to file its second motion moving for an order withdrawing the firm's appearances as counsel for Guangdong Hongteo Technology Co., Ltd., in this action. Rock Trade Law LLC will communicate with Edward F. Kenny, counsel for Defendant, in an attempt to obtain Defendant's consent to file the motion. Additionally, if deemed necessary by the Court, Rock Trade Law LLC is available to confer with the Court and Defendant to discuss any additional information pertaining to this action that might be useful to the Court.

Respectfully submitted,

Dated: August 10, 2022 _____
Serhiy Kiyasov, Attorney

Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, Illinois 60602
312-824-6195 (telephone)
skiyasov@rocktradelaw.com (e-mail)

*Counsel for Guangdong Hongteo Technology Co., LTD.*

# Exhibit A

# ROCK

**ROCK TRADE LAW LLC**
134 N. LaSalle St. Suite 1800
Chicago, IL  60602
(312) 824-6190 (main)
(312) 824-6195 (direct)

Lawrence Pilon
lpilon@rocktradelaw.com
Serhiy Kiyasov
skiyasov@rocktradelaw.com

Via DHL – Return Receipt and Signature Requested
# 14 1859 4321

**Guangdong Hongteo Technology Co., Ltd.**
No. 10, North Section, Xincheng Area
Dinghu District, Zhaoqing City
Guangdong, China

<u>Attn</u>.: Lee Li; Jay Chen.

**July 19, 2022**

Re.: <u>U.S. CIT Litigation 20-cv-03776 Final Notice – Potential Case Dismissal</u>

Lee and Jay:

**PLEASE LET US KNOW IMMEDIATELY**: Does Guangdong Hongteo plan on having new lawyers take over the Court of International Trade tariff classification case 20-cv-03776, or is it acceptable that the court dismisses the case? A summary follows.

     Our firm has been actively litigating case # 20-cv-03776 in the United States Court of International Trade (CIT) on your behalf.  However, we have not received any correspondence or other communication from you since May 29, 2022.  Additionally, our numerous efforts to contact you over the last few months have been futile. This significantly jeopardized the litigation as we cannot represent you without your cooperation.

     Please be advised that on June 8, 2022, we filed two motions with the CIT. Copies of both motions are enclosed. The enclosed motion titled "CONSENT MOTION FOR WITHDRAWAL OF ATTORNEYS" is our motion requesting that we be allowed to withdraw from representing Guangdong Hongteo in this case. As you will see when you review our motion, we have asked the court to allow Guangdong Hongteo 30 days from the date of the judge's final order to find new legal counsel. Please note that the Court Order on the first page of that motion is a draft order, not a final order. It has not been signed by the judge. The other enclosed motion titled "PLAINTIFF'S

CONSENT MOTION TO AMEND THE SCHEDULING ORDER" is our motion asking that the judge extend the deadlines in the case schedule so that Guangdong Hongteo will have time to obtain new legal counsel. On June 8, 2022, we notified you of both filings via email. See enclosed email titled "Motions filed today in U.S. Court of International Trade Case 20-03776."

Additionally, enclosed are the government's first discovery requests titled "DEFENDANT'S FIRST INTERROGATORIES DIRECTED TO PLAINTIFF" and "DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF." On June 8, 2022, we notified you of both requests via email. See enclosed email titled "Guangdong Court No. 20-cv-03776." All upcoming deadlines, in this case, are outlined in the enclosed "SCHEDULING ORDER." Note that due to your lack of communication we were not able to serve the first interrogatories and document requests on the government.

Finally, on July 11, 2022, the judge ruled on the motions that we filed asking for permission to withdraw as attorneys for Guangdong Hongteo. A copy of the court's order titled "OPINION AND ORDER" is enclosed. As you will see, the judge ordered four things:

- Our motion to withdraw has been denied for now, but the denial is "without prejudice," meaning that we can refile the motion at a later date;

- Guangdong Hongteo has 30 days from July 11, 2022, in other words by Wednesday, August 11, 2022, to notify the court of its new attorneys;

- The motion that we also filed on June 8, 2022, to amend the scheduling order (to give Guangdong Hongteo some additional time) has also been denied, but

- The remaining deadlines in the scheduling order are stayed (stopped) for now until the court issues a new order.

<u>Note that the court says on the third page that</u> "**the Court is likely to dismiss Plaintiff's case if Plaintiff fails to hire new counsel or resolve its issues with current counsel**." **This means that if Guangdong Hongteo does not take proper action by Wednesday, August 11, 2022, the case will most likely be dismissed by the judge, and Guangdong Hongteo will lose the opportunity to obtain any further refund on any entries subject to the litigation**.

**PLEASE LET US KNOW IMMEDIATELY**: Does Guangdong Hongteo plan on having new lawyers take over this Court of International Trade tariff classification case 20-cv-03776, or is it acceptable that the court dismisses the case?

2

3

## **LIST OF THE ENCLOSED DOCUMENTS**

1. CONSENT MOTION FOR WITHDRAWAL OF ATTORNEYS
2. PLAINTIFF'S CONSENT MOTION TO AMEND THE SCHEDULING ORDER
3. June 8, 2022 email titled "Motions filed today in U.S. Court of International Trade Case 20-03776."
4. DEFENDANT'S FIRST INTERROGATORIES DIRECTED TO PLAINTIFF
5. DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF
6. June 8, 2022 email titled "Guangdong Court No. 20-cv-03776."
7. SCHEDULING ORDER
8. OPINION AND ORDER

# Exhibit B



25 July 2022

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 1418594321.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 1418594321 was delivered on 25 July 2022 at 18.30**

| | | | |
|---|---|---|---|
| **Signed** | MS LEE LI | **Destination Service Area** | GUANGZHOU CHINA, PEOPLES REPUBLIC |
| **Signature** | *lee* | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600010193703927 |

**Additional Shipment Details**

| | | | |
|---|---|---|---|
| **Service** | EXPRESS ENVELOPE | **Origin Service Area** | FRANKLIN PARK UNITED STATES OF AMERICA |
| **Picked Up** | 19 July 2022 at 16.57 | **Shipper Reference** | 1418594321US20220719155333686 |

## CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

I, Serhiy Kiyasov, one of the attorneys for the plaintiff, certify that a copy of the annexed Plaintiff's Counsel's Status Report was served on all parties by sending a copy via electronic mail, this Wednesday, August 10, 2022, addressed to each party or its attorney of record at the address(es) listed below.

| Edward Francis Kenny<br>U.S. Department of Justice<br>Commercial Litigation Branch - Civil Division<br>*LEAD ATTORNEY*<br>Email: edward.kenny@usdoj.gov | Guangdong Hongteo Technology Co., Ltd.<br>*ATTENTION*<br>Email: lee.li@hongteo.com.cn;<br>Email: jay.chen@hongteo.com.cn |
|---|---|

Dated:   August 10, 2022

Respectfully submitted,

_____
Serhiy Kiyasov, Attorney

Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, Illinois 60602
312-824-6195 (telephone)
skiyasov@rocktradelaw.com (e-mail)

*Counsel for Guangdong Hongteo Technology Co., LTD.*