UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GUANGDONG HONGTEO TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Before: Jennifer Choe-Groves, Judge <br><br> Court No. 20-03776 |

# ORDER

Before the Court is the Second Consent Motion for Withdrawal of Attorneys ("Second Withdrawal Motion"), ECF No. 24, filed by counsel for Plaintiff Guangdong Hongteo Technology Co., Ltd. ("Plaintiff" or "Hongteo"). On July 11, 2022, the Court denied Plaintiff's counsel's prior motion to withdraw because no substitute counsel had been identified to replace Plaintiff's counsel and noted that the Court was likely to dismiss Plaintiff's case if Plaintiff failed to hire new counsel or resolve its issues with current counsel, in light of the inability of Plaintiff to proceed as an unrepresented party. Guangdong Hongteo Tech. Co. v. United States, 46 CIT __, __, 579 F. Supp. 3d 1385, 1386 (2022) (citing USCIT R. 75(b)(1); Lady Kelly, Inc. v. U.S. Sec'y of Agric., 30 CIT 82, 83, 414 F. Supp. 2d 1298, 1299 (2006)).

In the Second Withdrawal Motion, Plaintiff's counsel represents that Plaintiff's counsel offered Plaintiff a proposal on August 31, 2022 to settle Plaintiff's obligations to Rock Trade Law LLC and has received no response from Plaintiff or possible replacement counsel. Second Withdrawal Mot. at 1–2. Plaintiff's counsel also asserts that because Plaintiff has not communicated or cooperated with Plaintiff's counsel, Plaintiff's counsel has been unable to provide legal representation. Id. at 2.

"Except for an individual (not a corporation, partnership, organization[,] or other legal entity) appearing *pro se*, each party . . . must appear through an attorney authorized to practice before the court." USCIT R. 75(b)(1); see also Lady Kelly, Inc., 30 CIT at 83, 414 F. Supp. 2d at 1299 ("The rule is well established that a corporation *must always* appear through counsel."). "Thus, when the party being represented by the attorney seeking to withdraw is [not an individual], there is a further interest in ensuring the party's ability to continue through the proceedings." United States v. Int'l Trading Servs., Slip Op. 15-106, at *4 (CIT Sept. 23, 2015) (citation omitted).

Hongteo is a company and must be represented by counsel before this Court. The Court denied Plaintiff's counsel's prior motion to withdraw three months ago, providing Plaintiff time to resolve the issues with current counsel or hire new counsel. The Court directed Plaintiff to notify the Court within thirty days of its

new counsel, and Plaintiff has not done so.  See Guangdong Hongteo Tech Co. at __, 579 F. Supp. 3d at 1386.  Plaintiff has not communicated with its current counsel and has shown no interest in continuing with these proceedings.

Upon consideration of the Second Withdrawal Motion, and all other papers and proceedings in this action, it is hereby

**ORDERED** that the Second Withdrawal Motion, ECF No. 24, is granted; and it is further

**ORDERED** that this case is dismissed without prejudice.

　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer Choe-Groves
　　　　　　　　　　　　　　　　　　　　　Jennifer Choe-Groves, Judge

Dated:   October 31, 2022
　　　　 New York, New York